UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of January, two thousand fifteen,

Kim Holleman,

    Plaintiff - Appellant,

v.

Art Crating Inc., Robert Fraser Lowe, AKA Robin Lowe,

    Defendants - Appellees,

John Does, 1-10, ABC Corps 1-10, fictitious names for persons or entities whose present roles and identities are unknown,

    Defendants.

and

**ORDER**
Docket No. 14-4043

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 01/15/2015